IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.	CASE NO. 1:03-cr-00055-MP-AK

RAYMOND LOZANO, JR.,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 65, Report and Recommendation of the Magistrate Judge, which recommends that Defendant's Motion to Vacate under 28 U.S.C. § 2255, Doc. 62, be denied.  The Magistrate Judge filed the Report and Recommendation on Friday, August 3, 2007.  The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a de novo review of those portions to which an objection has been made.  In this instance, however, no objections were filed.

Defendant pled guilty to conspiracy to possess with intent to distribute five hundred grams or more of methamphetamine, and was sentenced to 240 months imprisonment.  In his motion to vacate, Defendant raises four grounds for relief based largely on Booker, and alleges that trial counsel provided ineffective assistance by failing to raise these four grounds.  After reviewing the Magistrate's Report, the Court agrees with the Magistrate that because Defendant received a mandatory minimum sentence pursuant to 21 U.S.C. § 841(b)(1)(A), none of Defendant's claims have merit, and the motion to vacate should be denied.  Therefore, having considered the Report and Recommendation, and the lack of objections thereto, I have determined that it should be adopted.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. Defendant's Motion to Vacate, Doc. 62, is DENIED.

**DONE AND ORDERED** this   5th  day of September, 2007

                *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge