# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.                                                     CASE NO. 1:03-cr-00055-MP-GRJ-1

RAYMOND LOZANO, JR,

    *Defendant.*

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 6, 2016. ECF No. 92. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Petitioner has filed objections on ECF No. 93. I have made a *de novo* review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1.    The Magistrate Judge's Report and Recommendation, ECF No. 92, is adopted and incorporated by reference in this order.

2.      Petitioner's Motion to Amend or Correct Sentence pursuant to Amendment 794 and 28 U.S.C. § 2255, ECF No. 91, is **SUMMARILY DISMISSED WITHOUT PREJUDICE** as the Court does not have jurisdiction to consider it.

3.      A certificate of appealability is **DENIED**.

4.      The clerk is directed to close the file.

**SO ORDERED on October 11, 2016.**

s/Mark E. Walker
**United States District Judge**